FILED
JUL 19 2007
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
at Charleston

CRAIG COTSMIRE

Plaintiff,

v.

CIVIL ACTION NO.: 2:07-0450
Honorable: ________________
#20754

THE MURPHY ELEVATOR COMPANY,
A Kentucky Corporation

Defendant.

## COMPLAINT

Plaintiff, CRAIG COTSMIRE hereby sues Defendant, THE MURPHY ELEVATOR COMPANY, and alleges as follows.

## FACTS

1. Craig Cotsmire ("Plaintiff") is a resident of Cross Lanes, Kanawha County, West Virginia.

2. At all times material hereto, Defendant, The Murphy Elevator Company, ("Murphy") is and was a Kentucky corporation authorized and licensed to do business in West Virginia. Said Defendant may be served with Notice of Process by and through D. Gregory Carlisle, 128 East Main, Street, Louisville, KY 40202.

3. On July 21, 2005, Plaintiff was employed by the State of West Virginia, General Services Division. Plaintiff's physical place of work was 1 Davis Square, Charleston, West Virginia. While at work on July 21, 2005, Plaintiff's hand became entrapped in the door of an elevator located upon the premises of 1 Davis Square. The safety bar located

upon the leading edge of the elevator doors did not trigger and reopen the doors as it is designed to do. As a result of said entrapment, Plaintiff suffered severe and permanent personal injuries including but not limited to contusions and fractures of his right hand. The Plaintiff's right hand is permanently deformed and does not function on the same level as it did prior to the entrapment.

4. At the time of Plaintiff's entrapment - July 21, 2005 - Defendant Murphy had entered into an elevator maintenance contract with the State of West Virginia. Defendant Murphy undertook the duty to maintain all of the elevators located upon the premises of 1 Davis Square in exchange for payment from the State of West Virginia.

5. Prior to the Plaintiff's injury, another employee of General Services Division had her hand entrapped in a closing elevator door located upon the premises of 1 Davis Square. During that entrapment, the safety bar located upon the leading edge of the door did not trigger and reopen the door. Upon information and belief, Defendant Murphy was aware of the faulty safety measures on the elevators located at 1 Davis Square and did not repair them as per the maintenance contract.

## COUNT ONE - NEGLIGENCE

6. Defendant Murphy undertook the duty to properly maintain the elevators located upon the premises of 1 Davis Square.

7. Defendant Murphy breached said duty by failing to properly maintain the elevators upon the premises of 1 Davis Square.

8. Defendant Murphy was aware or should have been aware with the exercise of reasonable diligence that the elevators located upon the premises of 1 Davis Square were unsafe for their stated purpose.

9. As a direct and proximate result of Defendant Murphy's breach of the above referenced duty, Plaintiff Craig Cotsmire suffered serious and permanent physical injuries.

WHEREFORE, Plaintiff Craig Cotsmire demands judgment of and from the Defendant in an amount to sufficiently compensate him for his injuries and damages, punitive damages for Defendant Murphy's willful wanton reckless conduct, and costs, expenses and attorney fees, and any other and further relief the court deems appropriate.

**PLAINTIFF DEMANDS A TRIAL BY JURY.**

**By Counsel,**

Jonathan R. Mani, Esquire
Damon L. Ellis, Esquire
**MANI ELLIS & LAYNE, PLLC**
Post Office Box 1266
Charleston, West Virginia 25325-1766
(304) 720-1000
(304) 720-1001 (Fax)
*Counsel for Plaintiff*