**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

**Craig Cotsmire,**

**Plaintiff,**

**vs.** **Civil Action No. 2:07-0450**
**(Judge Copenhaver)**

**The Murphy Elevator Company,**
**A Kentucky Corporation,**

**Defendant.**

**DISMISSAL ORDER**

On this day came Plaintiff herein, Craig Cotsmire, individually, by counsel, Jonathan Mani and the law offices of Mani, Ellis & Layne, PLLC and also came Woody A. Trent and the law firm of MacCorkle Lavender and Sweeney, PLLC, counsel for the Defendant, the Murphy Elevator Company. Whereupon, Plaintiff and Defendant informed the Court that they had reached a full and complete settlement of all matters in controversy in this civil action and having nothing further to be done in this matter, moved to dismiss this entire civil action with prejudice. The Court, after determining that all matters in controversy in this civil action have been compromised, settled and agreed, is of the opinion to and does hereby **GRANT** said Motion. Consequently, this entire civil action against the Murphy Elevator Company is hereby **DISMISSED** with prejudice and retired from the docket of this Court.

Additionally, the Court **ORDERS** and **ADJUDGES** that each party shall bear their respective costs of action with regard to the dismissal herein, including attorneys' fees.



rwl

The Clerk of this Court is hereby **ORDERED** and **DIRECTED** to send certified copies of this Order to all parties of record.

*ORDER ENTERED*: June 18, 2008

**JOHN T. COPENHAVER, JR., JUDGE**

*Prepared and Presented by*:

S/ Woody A. Trent
Woody A. Trent (WV Bar I.D. #8630)
John L. MacCorkle (WV Bar I.D. #2286)
MacCorkle Lavender & Sweeney, PLLC
300 Summers Street, Suite 800
P.O. Box 3283
Charleston, WV 25332
(304) 344-5600, (304) 344-8141 - fax

*Inspected and Agreed to by:*

Jonathan R. Mani, Esquire (WV Bar I.D. #8824)
Mani Ellis & Layne, PLLC
P. O. Box 1266
Charleston, WV 25325-1766
(304) 720-1000, (304) 720-1001 - fax

*Counsel for Plaintiff*